DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WILLIE R. JONES, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2069

_____

March 20, 2024

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the Circuit Court for Hillsborough County; Michelle D. Sisco, Judge.

Willie R. Jones, Jr., pro se.

PER CURIAM.

Affirmed.

CASANUEVA, MORRIS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.